June 24, 2005

Mr. Corbet F. Bryant Jr.
Carrington Coleman Sloman & Blumenthal
200 Crescent Court, Suite 1500
Dallas, TX 75201

Mr. Greg White
Naman, Howell, Smith & Lee LLP
P.O. Box 1470
Waco, TX 76701
Mr. Dale D. Williams
Williams Squires & Wren, L.L.P.
Bridgeview Center, 2nd Floor
7901 Fish Pond Road
Waco, TX 76710

Mr. John H. McElhaney
Locke Purnell Rain & Harrell
2200 Ross Avenue, Suite 2200
Dallas, TX 75201-6776

RE: Case Number: 03-0938
 Court of Appeals Number: 10-99-00326-CV
 Trial Court Number: 97-1786-3

Style: LARRY MEYER
 v.
 JOHN CATHEY

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Sharri |
| |Roessler |
| |Mr. Joe Johnson |